IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of<br><br>The Complaint of NPK INC., as owner of the Motor Vessel <u>NA PALI KAI II</u>, O.N. 699443, for Exoneration from or Limitation of Liability. | CIVIL NO. 24-00464 JAO-WRP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF NO. 38) |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATIONS (ECF NO. 38)**

Findings and Recommendation having been filed on November 3, 2025, and

no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C.

§ 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to Grant

Limitation Plaintiff NPK Inc.'s Motion for Order Granting Exoneration from

Liability, ECF No. 38, are adopted as the opinion and order this court.

///

///

///

///

///

IT IS SO ORDERED.

DATED:  November 20, 2025, Honolulu, Hawai'i.



Jill A. Otake
United States District Judge

CIV. NO. 24-00464 JAO-WRP, *In the Matter of the Complaint of NPK Inc., as owner of the Motor Vessel NA PALI KAI II, O.N. 699443, for Exoneration from or Limitation of Liability*; Order Adopting Magistrate Judge's Findings and Recommendations (ECF No. 38)